E-FILED
Wednesday, 02 November, 2011 02:17:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03-30115 |
| | ) | |
| MILTON LACY, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Amended Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 42. For the reasons stated therein, the Amended Motion to Reduce Sentence (d/e 42) is GRANTED. An Amended Judgment will be entered with a sentence of 121 months' imprisonment. The Motion to Reduce Sentence filed August 11, 2011 (d/e 41) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: November 1, 2011

FOR THE COURT:                  s/ Sue E. Myerscough
                                         SUE E. MYERSCOUGH
                                   UNITED STATES DISTRICT JUDGE